# United States District Court
# For The Western District of North Carolina
# Charlotte Division

NORMAN LEE GATEWOOD,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08-cv-242

IBM CORPORATION,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2009 Order.

        Signed: June 11, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court